UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHY JAMES,

                        Plaintiff,

                                                    Case No. 21-cv-0004-bhl

      v.

ANDREW SAUL,

                        Defendant,

## ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE (ECF NO. 3)

Plaintiff Kathy James has filed a complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has also filed the Court's local form asking to be allowed to proceed without paying the filing fee. Based on the form, which includes a signed declaration under penalty of perjury, the Court concludes that Plaintiff cannot afford the filing fee. Accordingly,

**IT IS ORDERED** that Plaintiff's request to proceed without paying the filing fee is GRANTED. Notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court may later dismiss this case, if it determines that the statements in Plaintiff's declaration are untrue or that the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Dated at Milwaukee, Wisconsin this 5th day of January, 2021.

s/ *Brett H. Ludwig*
Brett H. Ludwig
United States District Judge